

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00073-CV

**JEFFREY SCOTT LOCKHART,**

                                                          **Appellant**

 **v.**

**DALE PATRICK MCCURLEY**
**D/B/A MIDLOTHIAN INSURANCE AGENCY,**

                                                          **Appellees**

---

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 09-C-3400**

---

## MEMORANDUM OPINION

---

Appellant Jeffrey Scott Lockhart has filed a notice that he filed a bankruptcy proceeding on May 31, 2011. *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying

what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Dismissed
Opinion delivered and filed July 6, 2011
[CV06]